Entered on Docket April 3, 2020

**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | Bk. Case No. 19-14182-MLB |
| PRINCE LUV, | |
| Debtor. | |
| PRINCE LUV, | Adv. No. 20-01017-MLB |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR REMAND |
| WEST COAST SERVICING, INC., | |
| Defendant. | |

THIS MATTER having come before the Court on the motion by defendant West Coast Servicing, Inc. for remand, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that this civil case is remanded back to Snohomish County Superior Court, it is further

ORDERED that prosecution of the civil case is not stayed by the Plaintiff's pending bankruptcy.

/// End of Order///

Order
Page -1-
MH # WA-19-860523-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

PRESENTED BY:

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for West Coast Servicing, Inc.

Order
Page -2-
MH # WA-19-860523-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-01017-MLB    Doc 8    Filed 04/03/20    Ent. 04/03/20 09:15:04    Pg. 2 of 2