**HONORABLE MARC BARRECA**
Date: Wednesday May 13, 2020
Time: 9:00 a.m.
Place: Everett Station
Weyerhauser Room, 4th Floor
3201 Smith Avenue
Everett, WA 98201
Response Date: Wednesday May 6, 2020

IN THE UNITED STATES BANKRUPTY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>PRINCE LUV,<br>            Debtor.<br>_____<br>PRINCE LUV,<br>            Plaintiff,<br>v.<br><br>WEST COAST SERVICING, INC.,<br>            Defendant. | Bk. Case No. 19-14182-MLB<br><br>Adv. No. 20-01017-MLB<br><br>DEFENDANT'S MOTION FOR AN AWARD OF FEES |

## I.   NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant West Coast Servicing, Inc. is moving for an award of fees set for hearing as follows:

| | |
|---|---|
| Judge | Honorable Marc Barreca |
| Date | Wednesday May 13, 2020 |
| Time | 9:00 a.m. |
| Place | Everett Station<br>Weyerhauser Room, 4th Floor<br>3201 Smith Avenue<br>Everett, WA 98201 |
| Response Date | Wednesday May 6, 2020 |

If you oppose the Motion, you must file your written response with the Clerk's office of the Bankruptcy Court and deliver copies to the undersigned not later than the Response Date. If

Motion
Page -1-
MH# WA-20-860527
McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-01017-MLB   Doc 9   Filed 04/08/20   Ent. 04/08/20 12:03:24   Pg. 1 of 4

no response is timely filed and served, the Court may, in its discretion, grant the Motion prior to the hearing without further notice, and strike the hearing.

## II. FACTS

The underlying civil action is a real property quiet title action by the Debtor / Plaintiff against the Defendant. Plaintiff removed the civil action to this Court, and as explained in the Defendant's motion for remand, removal was plainly untimely. The Plaintiff knew removal was untimely, at the earliest, when the motion for remand was filed, yet Plaintiff refused to voluntarily remand, forcing Defendant to incur additional fees. Defendant seeks fee reimbursement, as authorized by statute.

## III. POINTS AND AUTHORITIES

Under 28 USC 1447(c), a remand order may require the removing party to pay expenses incurred due to removal.

Here, a fee award is appropriate. As confirmed by Plaintiff's single page response to the motion for remand, Plaintiff never had a meritorious justification for the untimely removal. Defendant has incurred significant and unnecessary fees in moving to have the defective removal reversed, and those fees should be reimbursed. This is precisely the type of case warranting a fee award under 28 USC 1447(c).

Defendant requests an award of fees actually incurred and anticipated in the total amount of $4,115.00, as itemized in the declaration of counsel filed herewith.

## IV. CONCLUSION

Defendant should be award its fees incurred in the case remand.

DATED April 8, 2020

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for West Coast Servicing, Inc.

Motion
Page -2-
MH# WA-20-865287-CML

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-01017-CMLB    Doc 9    Filed 04/08/20    Ent. 04/08/20 12:03:24    Pg. 2 of 4

IN THE UNITED STATES BANKRUPTY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>PRINCE LUV,<br>                                  Debtor.<br><br>PRINCE LUV,<br>                                  Plaintiff,<br>v.<br><br>WEST COAST SERVICING, INC.,<br>                                  Defendant. | Bk. Case No. 19-14182-MLB<br><br>Adv. No. 20-01017-MLB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR FEES<br><br>**[PROPOSED]** |

### **JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor | West Coast Servicing, Inc. |
| Judgment Debtor | Prince Luv |
| **Total Judgment** | **$4,115.00** |
| Post-Judgment Interest | 12.00 % per annum |
| Attorneys for Judgment Creditor | Joseph Ward McIntosh |
| | McCarthy & Holthus, LLP |
| | 108 1st Ave S, Ste 300 |
| | Seattle, WA 98104 |

THIS MATTER having come before the Court on the motion by defendant West Coast Servicing, Inc. for an award of fees following case remand, it is hereby

ORDERED that the motion is GRANTED, it is further

Order
Page -1-
MH# WA-20-801017-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-01017-MLB    Doc 9    Filed 04/08/20    Ent. 04/08/20 12:03:24    Pg. 3 of 4

ORDERED that West Coast Servicing Inc. is awarded, against Prince Luv, reasonable fees in the amount of $4,115.00.

PRESENTED BY:

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for West Coast Servicing, Inc.

Order
Page -2-
MH

Case 20-01017-CMLB    Doc 9    Filed 04/08/20    Ent. 04/08/20 12:03:24    Pg. 4 of 4

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104