Entered on Docket May 15, 2020

**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | Bk. Case No. 19-14182-MLB |
| PRINCE LUV, | |
|                       Debtor. | |
| PRINCE LUV, | Adv. No. 20-01017-MLB |
|                       Plaintiff, | |
| v. | ORDER PARTIALLY GRANTING DEFENDANT'S MOTION FOR FEES |
| WEST COAST SERVICING, INC., | |
|                       Defendant. | |

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor | West Coast Servicing, Inc. |
| Judgment Debtors | Prince Luv and Ken Schneider |
| **Total Judgment** | **$1,375.00** |
| Post-Judgment Interest | ~~12.00 % per annum~~ Interest shall begin to accrue 45 days after entry of this Order at the federal judgment interest rate provided for in 28 U.S.C. § 1961(a). |
| Attorneys for Judgment Creditor | Joseph Ward McIntosh |
| | McCarthy & Holthus, LLP |
| | 108 1st Ave S, Ste 300 |
| | Seattle, WA 98104 |

      THIS MATTER having come before the Court on the motion by defendant West Coast Servicing, Inc. for an award of fees following case remand, it is hereby

      ORDERED that the motion is GRANTED, in part, it is further

Order
Page -1-
MH # WA-19-860523-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-01017-MLB    Doc 15    Filed 05/15/20    Ent. 05/15/20 14:46:37    Pg. 1 of 2

ORDERED that West Coast Servicing Inc. is awarded, against Prince Luv and his attorney Ken Schneider, reasonable fees in the amount of $1,375.00.

/// End of Order ///

PRESENTED BY:

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for West Coast Servicing, Inc.

Order
Page -2-
MH # WA-19-860523-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-01017-MLB    Doc 15    Filed 05/15/20    Ent. 05/15/20 14:46:37    Pg. 2 of 2